JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MELISSA JONES, | ) | CASE NO. 2:12-CV-2536-SVW (JCx) |
| Plaintiff, | ) ) | ORDER REMOVING CASE FROM ACTIVE CASELOAD |
| v. | ) ) | |
| ROBERT JAMES & ASSOCIATES ASSET MANAGEMENT INC., and DOES 1 through 10 inclusive, | ) ) ) ) | |
| Defendants. | ) | |

The Court having been advised by the parties that the above-entitled action has conditionally settled;

IT IS THEREFORE ORDERED that this case is removed from this Court's active caseload without prejudice to the right, upon good cause shown within 45 days, to request a status conference be scheduled if settlement is not consummated.  The Court also VACATES the pretrial conference set for December 3, 2012, and the trial set for December 4, 2012.

This Court retains jurisdiction over this action and this Order shall not prejudice any party to this action.


Dated: November 21, 2012

_____
THE HON. STEPHEN V. WILSON
United States District Judge